AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jackson, Amy B. | United States District Court for the District of Columbia | 06/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court for the District of Columbia
300 Constitution Avenue, N.W.
Washington, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Trout Cacheris, PLLC (until 3/31/11) |
| 2. | Personal Representative | Estate A (until 9/30/11) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | May 2008 | Trout Cacheris Amended and Restated Operating Agreement provides for the payout of a withdrawing Member's Capital Account over a three year period. (no control) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 1/1/2011 | Trout Cacheris (law firm partnership 2011 income) | $10,000.00 |
| 2. 2/1/2011 | Trout Cacheris (law firm partnership 2011 income) | $10,000.00 |
| 3. 3/1/2011 | Trout Cacheris (law firm partnership 2011 income) | $10,000.00 |
| 4. 9/15/2011 | Trout Cacheris (distribution of 2010 earnings) | $6,061.90 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2011 | Kelley Drye, LLP (law firm partnership income) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Trout Cacheris, PLLC (former law firm) | Judicial robe | $360.00 |
| 2. | Trout Cacheris, PLLC | Reception in honor of confirmation/investiture | $38,800.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | College tuition 2010-11 | K |
| 2. | | College tuition 2010-11 | K |
| 3. | | College tuition 2011-12 | K |
| 4. | | College tuition 2011-12 | K |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Chevy Chase Bank Accounts | A | Interest | K | T | | | | | |
| 2.  Chevy Chase Young Savers Accounts | A | Interest | J | T | | | | | |
| 3.  CD Chevy Chase, 13 month | A | Interest | J | T | | | | | |
| 4.  CD Chevy Chase, 13 month | A | Interest | J | T | | | | | |
| 5.  Trout Cacheris Capital Account | | None | L | T | Distributed (part) | 05/31/11 | J | | |
| 6. | | | | | Distributed (part) | 08/16/11 | J | | |
| 7. | | | | | Distributed (part) | 11/28/11 | J | | |
| 8.  FPC1Z | A | Dividend | L | T | Buy (add'l) | 04/18/11 | J | | |
| 9. | | | | | Buy (add'l) | 05/11/11 | J | | |
| 10.  GRSPX | B | Dividend | J | T | Buy (add'l) | 04/15/11 | J | | |
| 11. | | | | | Buy (add'l) | 06/01/11 | J | | |
| 12. | | | | | Sold (part) | 09/19/11 | K | A | |
| 13. | | | | | Sold (part) | 12/28/11 | J | A | |
| 14.  MALOX | A | Dividend | | | Buy (add'l) | 04/18/11 | J | | |
| 15. | | | | | Buy (add'l) | 06/01/11 | J | | |
| 16. | | | | | Sold | 10/13/11 | K | C | |
| 17.  TFSMX | A | Distribution | K | T | Sold (part) | 01/19/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 04/15/11 | J | | |
| 19. | | | | | Buy (add'l) | 06/06/11 | J | | |
| 20. FAIRX | | None | | | Buy (add'l) | 04/18/11 | J | | |
| 21. | | | | | Buy (add'l) | 04/25/11 | J | | |
| 22. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 23. | | | | | Sold | 08/31/11 | K | A | |
| 24. TGBAX | B | Dividend | | | Sold | 12/28/11 | K | A | |
| 25. IVAEX | A | Dividend | K | T | Sold (part) | 03/24/11 | J | A | |
| 26. | | | | | Buy | 05/04/11 | J | | |
| 27. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 28. GHAIX | A | Dividend | K | T | Buy (add'l) | 05/04/11 | J | | |
| 29. | | | | | Buy (add'l) | 05/11/11 | J | | |
| 30. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 31. | | | | | Sold (part) | 10/10/11 | J | B | |
| 32. SGIIX | A | Dividend | K | T | Buy (add'l) | 04/15/11 | J | | |
| 33. | | | | | Buy (add'l) | 07/27/11 | J | | |
| 34. | | | | | Buy (add'l) | 10/13/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISTIX | A | Distribution | L | T | Buy (add'l) | 04/18/11 | J | | |
| 36. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 37. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 38. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 39. | | | | | Buy (add'l) | 07/08/11 | J | | |
| 40. TGLMX | B | Dividend | | | Sold | 09/19/11 | K | A | |
| 41. RYOTX | A | Dividend | J | T | | | | | |
| 42. ODVYX | B | Dividend | L | T | Buy (add'l) | 03/04/11 | J | | |
| 43. | | | | | Buy (add'l) | 04/15/11 | J | | |
| 44. | | | | | Buy (add'l) | 05/11/11 | J | | |
| 45. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 46. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 47. | | | | | Buy (add'l) | 07/08/11 | J | | |
| 48. MICSX | B | Dividend | K | T | Buy (add'l) | 06/06/11 | J | | |
| 49. | | | | | Buy (add'l) | 07/08/11 | J | | |
| 50. TTRZX | C | Dividend | L | T | Buy (add'l) | 04/15/11 | J | | |
| 51. | | | | | Buy (add'l) | 06/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 53. | | | | | Sold (part) | 12/28/11 | J | A | |
| 54. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 55. MFLDX | | None | K | T | Buy (add'l) | 04/15/11 | J | | |
| 56. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 57. BERIX | | None | | | Sold | 03/04/11 | K | A | |
| 58. MOO | A | Dividend | J | T | Buy (add'l) | 01/11/11 | J | | |
| 59. PNRZX | | | | | Buy (add'l) | 06/01/11 | J | | |
| 60. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 61. | | | | | Sold | 10/10/11 | K | A | |
| 62. YACKX | B | Dividend | M | T | Buy (add'l) | 04/15/11 | J | | |
| 63. | | | | | Buy (add'l) | 04/18/11 | J | | |
| 64. | | | | | Buy (add'l) | 05/11/11 | J | | |
| 65. | | | | | Buy (add'l) | 06/06/11 | J | | |
| 66. | | | | | Buy (add'l) | 07/27/11 | J | | |
| 67. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 68. | | | | | Buy (add'l) | 10/10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PAUIX | A | Dividend | K | T | Sold (part) | 04/18/11 | K | A | |
| 70. | | | | | Buy (add'l) | 06/01/11 | J | | |
| 71. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 72. EIGMX | A | Dividend | | | Sold (part) | 07/29/11 | K | A | |
| 73. | | | | | Sold | 09/07/11 | J | A | |
| 74. DBLTX | B | Dividend | K | T | Buy (add'l) | 04/15/11 | J | | |
| 75. | | | | | Buy (add'l) | 09/19/11 | J | | |
| 76. VIG | A | Dividend | M | T | Buy | 08/31/11 | K | | |
| 77. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 78. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 79. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 80. | | | | | Buy (add'l) | 10/13/11 | K | | |
| 81. MERDX | A | Dividend | K | T | Buy | 07/29/11 | K | | |
| 82. GLRIX | A | Dividend | L | T | Buy | 07/27/11 | J | | |
| 83. | | | | | Buy (add'l) | 08/09/11 | K | | |
| 84. | | | | | Buy (add'l) | 09/19/11 | K | | |
| 85. LCMAX | A | Dividend | K | T | Buy | 05/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | Buy (add'l) | 09/19/11 | J | | |
| 87. | | | | | | Buy (add'l) | 10/07/11 | J | | |
| 88. | THOPX | | None | K | T | Buy | 12/28/11 | K | | |
| 89. | PRGFX | | None | | | Sold | 04/04/11 | M | | |
| 90. | PRFDX | A | Dividend | | | Sold | 04/04/11 | M | | |
| 91. | PRWCX | | None | | | Sold | 04/04/11 | L | | |
| 92. | PBDIX | A | Dividend | | | Sold | 04/04/11 | K | | |
| 93. | PTRAX | A | Dividend | | | Sold | 04/04/11 | L | | |
| 94. | PRRXX | A | Dividend | | | Sold | 04/04/11 | L | | |
| 95. | CWGCX | A | Dividend | K | T | | | | | |
| 96. | MDFGX | | None | K | T | | | | | |
| 97. | MCFGX | A | Dividend | K | T | Buy | 01/05/11 | K | | |
| 98. | MDLOX | A | Dividend | K | T | Buy | 01/05/11 | K | | |
| 99. | MCLOX | A | Dividend | L | T | Buy (add'l) | 04/25/11 | K | | |
| 100. | BRECX | A | Dividend | J | T | | | | | |
| 101. | ECGIX | A | Dividend | L | T | | | | | |
| 102. | ECHSX | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FERCX | A | Dividend | K | T | | | | | |
| 104. FAVCX | A | Dividend | J | T | | | | | |
| 105. FBTCX | | None | J | T | | | | | |
| 106. FNICX | | None | L | T | Buy (add'l) | 01/15/11 | K | | |
| 107. HWLCX | A | Dividend | J | T | | | | | |
| 108. OEGCX | | None | K | T | Buy (add'l) | 01/15/11 | K | | |
| 109. LGVAX | A | Dividend | J | T | Buy | 04/15/11 | J | | |
| 110. RFC17A | | None | K | T | | | | | |
| 111. Schwab Money Market Fund | A | Interest | K | T | | | | | |
| 112. ML Bank Dep Prog/IAXX - FIA Card SVS NA RASP MONEY MKT | A | Interest | L | T | | | | | |
| 113. FGCKX | A | Int./Div. | K | T | | | | | |
| 114. FXSIX | A | Int./Div. | J | T | | | | | |
| 115. FFKDX | A | Int./Div. | K | T | | | | | |
| 116. FXSTX | A | Int./Div. | K | T | | | | | |
| 117. FID MGD INC PORT | A | Int./Div. | J | T | | | | | |
| 118. DC College Savings Plan 17+ | | None | L | T | | | | | |
| 119. DC College Savings Plan 17+ | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. State of Israel Bonds | A | Interest | L | T | | | | | |
| 121. Wachovia Bank - | B | Interest | M | T | | | | | |
| 122. ASSETS IN ESTATE A: | | | | | | | | | |
| 123. Cash in Schwab account | A | Interest | | | Distributed | 09/15/11 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Concerning VII -- Investments and Trusts:

Line 5: Trout Cacheris Capital Account is being paid out quarterly over a three year period, in increments of $8250, per the Operating Agreement.

Assets listed on lines 46 - 51 of the Nomination Report had been held in Trout Cacheris (former employer) 401(k) plan at T. Rowe Price.. They were rolled over into an IRA on 4/4/2011 with no gains realized, and this is reflected in Lines 89 - 94 of the current report. Funds were reinvested in assets listed elsewhere on the report.

Line 66 and Line 82 of the Nomination Report were one and the same -- a Merrill Lynch Money Market account, so they have been combined in Line 112 of the current report.

Line 67 of the Nomination Report - ISA Wilmington SFS FSB -- was a money market that had no value at the end of 2011 and earned no income in 2011, so it is not listed.

Line 83 of the Nomination Report - MLRAX Ready Assets Prime Money market -- was also a money market. It had less than $1000 at the end of 2011 and earned no income in 2011, so it is not listed.

Assets listed on lines 101 - 105 of the Nomination Report were all funds held in Kelley Drye▮▮▮▮▮▮▮ employer) 401(k) plan at Fidelity, and those assets appear in Lines 116 - 120 of the current report. FDGRX on nomination report was exchanged for FGCKX. FFFDX was exchanged for FFKDX. FBIDX was exchanged for FXSTX. FSMAX exhanged for FXSIX. No gains realized. Dates of exchanges not reflected in account statements.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Amy B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544